UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| REYNA HERNANDEZ ESTEBAN,<br><br>Plaintiff,<br><br>v.<br><br>SANTA ROSA RESTAURANT, LLC, ALFREDO FRANCISCO RIVAS, and JUAN RIVAS,<br><br>Defendants. | No. 3:13-cv-963 (MPS) |

### DEFAULT JUDGMENT

Defendants Santa Rosa Restaurant, LLC, Alfredo Francisco Rivas, and Juana Rivas (hereinafter "Defendants"), having failed to plead or otherwise defend in this action and its Default having been entered by the Court on September 23, 2013 [Doc. # 15]:

Now, upon Plaintiff's Motion for a Default Judgment [Doc. # 16], with Exhibits and Affidavits, demonstrating that the Plaintiff is owed the sum of $82,900.46 for compensatory damages, the sum of $81,200.46 for liquidated damages; and that Plaintiff has incurred costs in the amount of $508.95, and attorney's fees in the amount of $10,300,[1] it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendants, jointly and severally, compensatory damages in the amount of **$82,900.46**, liquidated damages in the amount of **$81,200.46**, costs in the amount of **$508.95**, and attorney's fees in the amount of **$10,300**, for a total Judgment of **$174,909.87**.

IT IS SO ORDERED.

/s/ _____

---

[1] The Court's calculation of these amounts is set forth in the Appendix of this Order and is derived from Plaintiff's Memorandum in Support of Motion for Default Judgment [Doc. # 16] and the documents attached thereto.

                 Michael P. Shea, U.S.D.J.

Dated:   Hartford, Connecticut
      June 20, 2014